ACCEPTED
01-15-00964-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 3:55:02 PM
CHRISTOPHER PRINE
CLERK

**BENNY RISNER, AUSTRALTEX INVESTMENT HOLDINGS, LLC AND HOUSTON BROAD BASED COMMUNITY CENTER**
**Defendants/Appellants**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 3:55:02 PM
CHRISTOPHER A. PRINE
Clerk

**NO: 01-15-00964-CV**

**MAZEN JUMAA AND MJ MEDICAL GROUP, LLC**
**Plaintiffs/Appellees**

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

On Appeal from the 129th District Court
Of Harris County, Texas
**Cause No. 2015-09067**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 3:55:02 PM
CHRISTOPHER A. PRINE
Clerk

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the three (3) instruments stated below have been served on the Plaintiffs/Appellees by and through their Attorney of Record, **MAZEN JUMAA and MJ MEDICAL GROUP. LLC,** by and through their Attorney of Record, Byron C. Keeling, KEELING & DOWNES, 1500 McGowen, Suite 220, Houston, Texas 77004 via electronic filing and e-mail: bck@keelingdownes.com; and via electronic filing to Christopher Prince, Clerk of the Court, Clerk of the Court of Appeals – First District, 301 Fannin Street, Houston, Texas 77002, in accordance with Rule 25.1(e) of the Rules of Appellate Procedure, on this the 15th day of December, 2015, in accordance with T.R.C.P. Rule 21(a).

1. Certificate of Conference;
2. Appellants' Motion to Dismiss with Prejudice and/or Non-Suit; and
3. Order Granting Appellants' Motion to Dismiss with Prejudice and/or Non-Suit.

Sincerely,

Wayman L. Prince, Attorney at Law
**LAW OFFICES OF ATTORNEY WAYMAN L. PRINCE**
Member of Texas and Iowa Bars
9111 Katy Freeway – Suite 301
Houston, Texas 77024
(713) 467-1659
(713) 467-1686 (Facsimile)
**T.B.A. #16329350**

## ATTORNEY FOR DEFENDANTS/APPELLANTS

8